

Joseph Mure Jr & Associates
Attorney At Law
26 Court Street, Suite 2810
Brooklyn, New York, 11242
(718) 852-9100

7 July 2009

Hon. Judge Joseph A. Greenaway, Jr.
United States District Court
District of New Jersey
VIA CM / ECF

> **RE:** **USA v. John Drimak**
> **08-CR-00522 (JAG)**
> **Date Filed: 07/23/2008**

Dear Judge Greenaway,

As you are aware, our offices represent the above referenced individual.

We respectfully propose to modify Mr. Drimak's Appearance Bond as set forth below.

By way of background, Mr. Drimak executed an unsecured appearance bond in the amount of One Hundred Thousand Dollars ($100,000) on 23 July 2008 in connection with the Court's Order of Release (Exhibit A).

Mr. Drimak's execution of this unsecured appearance bond led to a personal Judgment being filed against him which resulted in the sum of $120,000 being withheld in escrow by Integrity Title Company Agency, Inc. (the $100,000 Judgment as well as a $20,000 interest cushion) (Exhibit B).

Mr. Drimak's savings have been depleting inasmuch as his present liabilities exceed his revenues by approximately $4,000 per month. Accordingly, we would like to have the aforementioned escrow released to Mr. Drimak in exchange for his provision of an appearance bond in the agreed upon amount of $100,000 fully secured by Drimak's property located at 1460 Chews Landing Road in Gloucester Township, New Jersey.

The property proposed was purchased by Mr. and Mrs. Drimak for $145,000 in 2004 and is owned free and clear of any lien, mortgage or encumbrance (Deed enclosed as Exhibit C). This property was recently independently appraised through Prudential at $240,000 (Exhibit D).

The above referenced modification request was discussed with AUSA Jeff Martino, Esq. and he presented no objection on behalf of the Office of the United States Attorney.

Accordingly, we respectfully request Mr. Drimak be afforded the opportunity to modify his Appearance Bond consistent with the above and the enclosed.

Thank you for your continued consideration in this matter.

Very truly yours,

Joseph Mure, Jr., Esq.

cc:    A.U.S.A. Jeff Martino, Esq. VIA CM/ ECF

SO ORDERED

Hon. Judge Joseph A. Greenaway, Jr.

7-23-09